IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TAWANDA WRIGHT**                                                                                     **PLAINTIFF**

v.                            Case No. 4:20-cv-00698-LPR

**UNITED CEREBRAL PALSY**
**OF CENTRAL ARKANSAS, INC.,**
**AND PAULA RADER**                                                                              **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed today, it is CONSIDERED, ORDERED, and ADJUDGED that all claims are DISMISSED with prejudice. The Court retains jurisdiction to enforce the terms of the settlement.

IT IS SO ADJUDGED this 9th day of September 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT COURT